NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BORUSAN MANNESMANN BORU SANAYI VE TICARET A.S., BORUSAN MANNESMANN PIPE U.S. INC.,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES, WHEATLAND TUBE, NUCOR TUBULAR PRODUCTS INC.,**
*Defendants-Appellees*

---

2021-2097

---

Appeal from the United States Court of International Trade in No. 1:20-cv-00015-JAR, Senior Judge Jane A. Restani.

-------------------------------------------------

**BORUSAN MANNESMANN BORU SANAYI VE TICARET A.S., BORUSAN MANNESMANN PIPE U.S. INC.,**
*Plaintiffs-Appellees*

**v.**

**NUCOR TUBULAR PRODUCTS INC., UNITED STATES,**
*Defendants-Appellees*

**WHEATLAND TUBE,**

*Defendant-Appellant*

———————————

2021-2170

———————————

Appeal from the United States Court of International Trade in No. 1:20-cv-00015-JAR, Senior Judge Jane A. Restani.

———————————

**ON MOTION**

———————————

**O R D E R**

Upon consideration of Wheatland Tube's unopposed motion to voluntarily dismiss its appeal, No. 2021-2170,

IT IS ORDERED THAT:

(1) The motion is granted. Appeal No. 2021-2170 is dismissed. The revised official caption and short caption are reflected in this order.

(2) Nucor Tubular Products Inc.'s response brief remains due no later than July 5, 2022.

(3) The Clerk of Court shall transmit a copy of this order to the merits panel assigned to this case.

FOR THE COURT

July 1, 2022              /s/ Peter R. Marksteiner
     Date                      Peter R. Marksteiner
                               Clerk of Court

ISSUED AS A MANDATE (as to Appeal No. 2021-2170 only): July 1, 2022